IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-12-MJ-60 |
| | § | |
| CARLTON REED PORTER | § | |

## ORDER OF DETENTION

On November 5, 2013, Defendant, **Carlton Reed Porter,** made his Initial Appearance before this Court following his arrest for a Motion to Revoke his probation and a new criminal Complaint, both pending in the United States District Court for the District of Wyoming. Upon inquiry, this Court confirmed that no bond would be authorized on the Motion to Revoke **Porter**'s probation. Under the circumstances, **Porter** presently has no legitimate claim to a liberty interest that would justify an immediate or meaningful detention determination under 18 U.S.C. § 3142(f), and it is, therefore, the **ORDER** of this Court that good cause exists to postpone the need for such a determination until such time as **Porter** can maintain a legitimate liberty interest. See United States v. King, 818 F.2d 112, 114 (1st Cir. 1987). Accordingly, the Court finds that there is no need to make a detention determination at this time.

It is, therefore, **ORDERED** that the Defendant, **Carlton Reed Porter**, be, and he is hereby, **COMMITTED** to the custody of the Attorney General or his designated representative for confinement in a corrections facility.

It is further **ORDERED** that the Defendant, **Carlton Reed Porter**, **SHALL** be afforded a reasonable opportunity for private consultation with defense counsel.

It is further **ORDERED** that upon Order of a Court of the United States or upon request of an attorney for the Government, the person in charge of the corrections facility **SHALL** deliver **Carlton Reed Porter** to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DONE** at Galveston, Texas, this _____5th_____ day of November, 2013.

John R. Froeschner
United States Magistrate Judge